LAW OFFICES OF TODD M. FRIEDMAN, P.C.
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@attorneysforconsumers.com
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Telephone: (877) 206-4741
Facsimile: (866) 633-0228
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JUDITH DAVIS,** individually and on behalf of all others similarly sitauted,<br><br>Plaintiff,<br><br>vs.<br><br>**CHARTER COMMUNICATIONS OF CALIFORNIA, LLC**<br><br>Defendant. | Case No. 5:15-cv-01302-VAP-SP<br><br>**NOTICE OF SETTLEMENT** |

    NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff request that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation of Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

    Respectfully submitted this 14th day of April, 2016.

    By: s/Todd M. Friedman
        TODD M. FRIEDMAN
        Law Offices of Todd M. Friedman, P.C.
        Attorney for Plaintiffs

| | |
|---|---|
| 1 | Filed electronically on this 14th day of April, 2016, with: |
| 2 | |
| 3 | United States District Court CM/ECF system |
| 4 | Notification sent electronically via the Court's ECF system to: |
| 5 | |
| 6 | Honorable Richard Seeborg<br>United States District Court |
| 7 | Central District of California |
| 8 | Helen B Kim |
| 9 | Thompson Coburn LLP |
| 10 | |
| 11 | Diana Arielle Sanders<br>Thompson Coburn LLP |
| 12 | |
| 13 | This 14th day of April, 2016. |
| 14 | |
| 15 | s/Todd M. Friedman<br>Todd M. Friedman |