# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -REOPENING/CLOSING

Case No. __5:15-cv-01302-VAP(SPx)__                             Date __April 15, 2016__

Title: __Judith Davis -v- Charter Communications of California, LLC__

Present: The Honorable __VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE__

|  Wendy Rogers  |  None Present  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:                    Attorneys Present for Defendants:

   None                                                                  None

Proceedings:    ☐ In Court        ☒ In Chambers        ☐ Counsel Notified

☐ Case previously closed in error.  Make JS-5.

☐ Case should have been closed on entry dated _____.

☒ Case settled but may be reopened if settlement is not consummated within __60__ days. Make JS-6.

☒ Other __Notice of Settlement filed on April 14, 2016 [Doc. No. 23].__

☐ Entered _____.

Initials of Preparer   __wr__